IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PHILLIP J. LAVEZZO<br>d/b/a DKO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-575C<br>(Judge Wheeler) |

JOINT MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully request a 3 day enlargement of time, to and including June 9, 2006, within which to file the joint stipulations of fact required by this Court's pretrial order dated March 14, 2006. The parties will not be able to file their joint stipulations of fact by June 6, 2006, as required by paragraph 4 of the pretrial order. This is the parties' first request for an enlargement of time for this purpose.

The enlargement is requested because the parties did not receive three of the deposition transcripts until June 5, 2006. The parties completed discovery by May 26, 2006, as specified in the pretrial order. The parties have exchanged draft joint stipulations, and have communicated regarding areas of disagreement. However, the parties are unable to file a final version of the joint stipulations with the Court without first being able to review the deposition transcripts which were received on June 5, 2006. The parties anticipate being able to file their joint stipulations on or before June 9, 2006.

For the foregoing reasons, the parties respectfully request that the Court grant this motion for an enlargement of time of three days.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ David M. Knasel
DAVID M. KNASEL
CLARK & COLLINS, P.C.
Market Station
108-E South Street, S.E.
Leesburg, VA 20175

Attorney for Plaintiff

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L. Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone:(202) 307-0139
Facsimile (202) 514-8624

Attorneys for Defendant

June 6, 2006

CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2006, a copy of the forgoing "JOINT MOTION FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David D'Alessandris