# In the United States Court of Federal Claims

No. 05-575C

(Filed: June 13, 2006)

```
****************************************** *
                                           *
PHILIP LAVEZZO,                            *
d/b/a DKO TECHNOLOGIES,                    *
                                           *
                    Plaintiff,             *
                                           *
 v.                                        *
                                           *
THE UNITED STATES,                         *
                                           *
                    Defendant.             *
                                           *
****************************************** *
```

SCHEDULING ORDER

On June 9, 2006, counsel for the parties filed with the Court Joint Stipulations of Fact instead of the exhibit list required for trial. Through this filing, the parties have indicated that they do not believe material issues of fact exist, and that they mutually desire to resolve this case through cross-motions for summary judgment. Accordingly, the March 14, 2006 Pretrial Order is hereby vacated, and the briefing schedule on cross-motions for summary judgment shall be as follows:

1. Defendant shall file its Motion for Summary Judgment on or before July 7, 2006;

2. Plaintiff shall file its Response to Defendant's Motion and its Cross-Motion for Summary Judgment on or before August 7, 2006;

3. Defendant shall file its reply in support of its motion, and response to Plaintiffs' cross-motion, on or before August 21, 2006;

4. Plaintiff shall file its reply in support of its cross-motion on or before September 5, 2006.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge