IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PHILLIP J. LAVEZZO<br>d/b/a DKO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-575C<br>(Judge Wheeler) |

DEFENDANT'S MOTION FOR LEAVE TO FILE JOINT APPENDIX

Pursuant to this Court's pretrial order dated March 14, 2006, the parties previously filed joint stipulations of fact. In the joint stipulations of fact, the parties indicated that they would file a joint appendix containing certain documents referenced in the joint stipulations. Accordingly, defendant respectfully requests leave of the Court to file the parties' joint appendix. Counsel for plaintiff, David Knasel, has indicated that he does not oppose this motion. For the convenience of the Court, a copy of the joint stipulations of fact is included in the joint appendix as Tab 1. The document or documents referenced in a given paragraph number of the joint stipulations of fact are located in the joint appendix tab of that same number.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-1011
Fax: (202) 514-8624

July 20, 2006

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2006, a copy of the forgoing "DEFENDANT'S MOTION FOR LEAVE TO FILE JOINT APPENDIX" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ David D'Alessandris