# Tab 28

# AWARD/CONTRACT

1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 350) | RATING | PAGE 1 OF 15 PAGES

2. CONTRACT *(Proc. Inst. Ident.)* NO.: 8095-03-001

3. EFFECTIVE DATE: 04/03/03

4. REQUISITION/PURCHASE REQUEST/PROJECT NO.: Oracle tasks

5. ISSUED BY — CODE:
Federal Labor Relations Service
1400 K Street, NW
Suite 217
Washington, DC 20424

6. ADMINISTERED BY *(If other than Item 5)* — CODE:
Same as Item 5

7. NAME AND ADDRESS OF CONTRACTOR *(No., street, county, State and ZIP Code)*
DKO Technolgies
601 Madison Street
Suite 200
Alexandria, VA 22314

CODE | FACILITY CODE

8. DELIVERY
☐ FOB ORIGIN ☐ OTHER *(See below)*

9. DISCOUNT FOR PROMPT PAYMENT
1.25% 10 days

10. SUBMIT INVOICES *(4 copies unless otherwise specified)* TO THE ADDRESS SHOWN IN — ITEM 5

11. SHIP TO/MARK FOR — CODE

12. PAYMENT WILL BE MADE BY — CODE

13. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION:
☐ 10 U.S.C. 2304(c) ( ) ☐ 41 U.S.C. 253(c) ( )

14. ACCOUNTING AND APPROPRIATION DATA
54-3-0100-9000-255B

| 15A. ITEM NO. | 15B. SUPPLIES/SERVICES | 15C. QUANTITY | 15D. UNIT | 15E. UNIT PRICE | 15F. AMOUNT |
|---|---|---|---|---|---|
| 001 | Oracle Systems Develment | 1120 | HR | 168.00 | 188,160.00 |

15G. TOTAL AMOUNT OF CONTRACT: $188,160.00

## 16. TABLE OF CONTENTS

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| | A | SOLICITATION/CONTRACT FORM | | | I | CONTRACT CLAUSES | |
| | B | SUPPLIES OR SERVICES AND PRICES/COSTS | | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| | C | DESCRIPTION/SPECS./WORK STATEMENT | | | J | LIST OF ATTACHMENTS | |
| | D | PACKAGING AND MARKING | | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| | E | INSPECTION AND ACCEPTANCE | | | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| | F | DELIVERIES OR PERFORMANCE | | | | | |
| | G | CONTRACT ADMINISTRATION DATA | | | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| | H | SPECIAL CONTRACT REQUIREMENTS | | | M | EVALUATION FACTORS FOR AWARD | |

*CONTRACTING OFFICER WILL COMPLETE ITEM 17 OR 18 AS APPLICABLE*

17. ☐ CONTRACTOR'S NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ___ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all the services set forth or otherwise identified above and on any continuation sheets for the consideration stated herein. The rights and obligations of the parties to this contract shall be subject to and governed by the following documents: (a) this award/contract, (b) the solicitation, if any, and (c) such provisions, representations, certifications, and specifications, as are attached or incorporated by reference herein. *(Attachments are listed herein.)*

18. ☒ AWARD *(Contractor is not required to sign this document.)* Your offer on Solicitation Number 809503001 including the additions or changes made by you which additions or changes are set forth in full above, is hereby accepted as to the items listed above and on any condition sheets. this award consummates the contract which consists of the following documents: (a) the Government's solicitation and your offer, and (b) this award/contract. No further contractual document is necessary.

19A. NAME AND TITLE OF SIGNER *(Type or print)*
Dr. Donald K. Ourecky

19B. NAME OF CONTRACTOR
BY [signature]
*(Signature of person authorized to sign)*

19C. DATE SIGNED
4/3/03

20A. NAME OF CONTRACTING OFFICER
Gary W. Crawford

20B. UNITED STATES OF AMERICA
BY [signature]
*(Signature of Contracting Officer)*

20C. DATE SIGNED
4/3/2003

NSN 7540-01-152-8069
Previous edition is unusable

STANDARD FORM 26 (REV. 4-85)
Prescribed by GSA - FAR (48 CFR) 53.214(a)

**Statement of Capability**
**for**
**Programming Support**

**DKO TECHNOLOGIES, INC.**
**FLRA Solicitation No: 8095-03-001**

DKO Technologies. Inc. submits the following proposal and statement of capabilities to provide professional consultative services to assist the Federal Labor Relations Authority (FLRA), an independent agency of the executive branch, to accomplish its mission to administer the labor-management relations program for 1.9 million non-Postal Federal employees world-wide, approximately 1.1 million of whom are exclusively represented in 2,200 bargaining units. Our personnel are highly qualified by reputation and experience to enable FLRA to provide continued leadership in establishing policies and guidance related to Federal sector labor-management relations and with resolving disputes under and ensuring compliance with the Federal Service Labor-Management Relations Statute.

**OBJECTIVE:**

DKO, a self-certified small-business concern, understands the business of Federal Labor Relations Authority is to ensure the critical leadership responsibilities under the Federal Service Labor-Management Relations Statute are carried out. DKO currently assists the Database Management Team, in cooperation with other teams within the Information Resources Management Division and program areas, ensures excellence in fulfilling these responsibilities by providing the highest and best possible level of technological and data support in the form of a wide range of application systems. The Database Management Team is responsible for the life cycle management activities of all application systems used by FLRA staff and the Federal labor relations community.

**RETURN ON INVESTMENT:**

It is understood that the agency's goal is to yield a very high return on investment from this undertaking with DKO. For example:

- All attorneys, labor relations specialists, and support staff will be able to access and process case information more effectively and efficiently—thus saving time and cost in managing and processing case data.

- Management staff of each component will have more accurate and useful information about case processing activities ( including activities in other components) available at their desktop for managing priorities, making decisions, and performing program analysis.

- Data required for responding to Congressional and public interests, OMB, and the requirements of the Government Performance Results Act, will be more accurate and more readily available.

- The ability to share information among FLRA staff, citizens and the Federal labor relations community's will be dramatically improved.

- The amount and quality of data that the FLRA can capture will be significantly improved -- thus producing better and faster information on which to base case decisions.

**BACKGROUND:**

DKO is especially qualified to assist FLRA in its ongoing mission to design and develop a unified case tracking system to allow data sharing among all FLRA components and have begun addressing the requirements necessary to comply with the Government Paper Elimination Act due October 2003. The personnel assigned to this task is uniquely qualified to assist FLRA in its plans to upgrade its database from Oracle 8 to Oracle 8i and forms from 5.0 to 6.0 in order to support agency-wide projects, as well as support moving to a web-enabled environment. The proposed consultant possesses substantial experience with database analysis to assist with the following:

**Status of Unified Case Tracking System**

The FLRA Unified Case Tracking System (UCT) is being designed and developed in three phases. During the first phase, all FLRA case tracking systems were moved to an Oracle platform. Most of the efforts in 1995 and 1996 involved conversion from WANG and Paradox systems to Oracle. In 1999 and early 2000, the last of the WANG systems were converted, so that all conversions have now been completed. Some of the conversions, most notably in the Office of General Counsel (OGC), required extensive conversion data cleanup efforts, and most systems required additional programming and constraints to ensure accurate data. From 1997 through 2000, additional programming was also required to create new reports in order to meet current management and program needs.

The second phase began in FY 2001. In January 2001, an agency-wide survey was sent out to all FLRA components and offices to collect information on their requirements for sharing data and reports.

In February 2001, an agency-wide workgroup was formed to address an integrated case tracking plan for sharing data among all FLRA components and offices and to discuss issues related to implementing electronic signatures in support of the Government Paper Elimination Act. A preliminary meeting was held between representatives from the Authority, Administrative Law Judges, Office of the General Counsel, and Federal Service Impasses Panel to discuss the results of the survey and to form a committee to collectively work on the next steps.

Party, Representative and Individual Data

The committee identified the sharing of party, representative and individual data as the highest priority fro data sharing and for building the architecture of the future. In March 2001, the Information Resource Management Division developed a plan to develop the data structures required to facilitate data sharing and to document the business needs of all FLRA components and offices to ensure their informational requirements would be met.

From April 2001 to December 30, 2001, all databases were moved into one database schema to allow for better query and reporting capabilities. Party data within the Authority, Administrative Law Judges, Office of the General Counsel, and Federal Service Impasses Panel case tracking systems was standardized and stored within a central repository to eliminate redundancy and to improve the quality and accuracy of the data being retrieved for reports. Additionally, the Information Resource Management Division partnered with the FLRA components and offices to clean up duplicate data and to implement validation checks on the data entry forms to eliminate future duplication.

In January 2002, forms and reports were reprogrammed to validate party data and to handle the new party table; additional database security was implemented to ensure appropriate access controls were in place to protect sensitive data. The FLRA completed the final integration of agency-wide party, individual, and representative data ahead of schedule on March 22, 2002.

Agency-Wide Enhancements

Building on previous work completed in March 2002, three significant accomplishments were made from April 2002 to July 2002 that further enhance staffs' ability to produce better and faster information: 1) Agency-wide management reports for several agency-wide systems were designed and made available to the Chairman's Office from one main menu; 2) A new web

interface for searching Citations dubbed E-Citator was designed and linked to Decision files ( including case histories) on the web and was made accessible on the FLRA Intranet to FLRA staff; and 3) A new module was designed and developed to transfer ULP case related information from OGC to the OALJ office automatically. The OALJ office transferred 158 cases during July through the new OGC-OALJ transfer module. The process saves OALJ staff 15 to 20 minutes of processing time for each initial case transfer -- which equates to a savings of one staff week of labor cost avoidance in one month. The transfer process also greatly improves the accuracy and completeness of ULP case-related data.

**FLRA Strategic Objective**

In October FY2003, the FLRA will begin a new level of development effort for its application environment, built upon a web-based architecture with the flexibility to support statutory and other Agency requirements. The application architecture will be analyzed to determine design, structural and integration issues that need to be addressed and worked on in order to meet the Agency's requirements to meet the President's Management Agenda and to comply with the Government Paper Elimination Act (GPEA).

In accordance with the FLRA strategic goals and objectives, the FLRA plans to develop, upgrade and maintain a fully integrated, automated agency-wide case tracking system to assist in effective case management and program analysis.

This will be accomplished in the following manner:

During FY 2003, the FLRA will finish documenting all agency-wide Oracle-based data base management systems. Target completion date is the end of 2nd Quarter FY03. Upon completing the documentation, the FLRA will analyze the documentation and begin analysis on the current application architecture structure to determine design and structural improvements needed to stabilize the application environment. Analysis will also include business, legal, security, and technological considerations required to move from a client server environment to a web-based environment. The goal is to design and develop an application architecture baseline that allows for flexibility and that will accommodate change over time to handle the current needs and future needs of the FLRA, including statutory requirements.

Parallel to establishing the Agency's baseline application architecture, the FLRA will be conducting an agency-wide business study under a separate contract to review and analyze our internal and external processes to address inefficiencies. Based on the goals and objectives and the mission of the FLRA , the FLRA will determine what improvements can be made. Changes may need to be made to existing systems or there may be new requirements for additional functionality that does not exist within our database. By implementing good change management

practices, the FLRA will be able to minimize future overhead and cost and will be able to provide better and faster services to citizens and to our labor relations partners.

**NETWORK ENVIRONMENT:**

The FLRA currently uses a Microsoft NT 4 Network Operating System environment and is moving to a Microsoft Windows 2000 operating environment. The network is centered at the Headquarters building at 1400 K Street, N.W., Washington, D.C., where primary systems, communications, and services reside and approximately 100 Authority employees have their offices and workstations.

The FLRA is running a homogeneous networked microcomputer environment comprised of 23 Microsoft NT 4 servers, 13 Cisco routers, and 18 Cisco switches. These servers provide file services, mail services, computer address management, and security services.

**<u>Headquarters Data Center</u>**

The bulk of information storage for Headquarter employees resides on a dual processor HP LH3 server with 655 Mb of memory and 74 Gb of disk storage. The FLRA uses a dual processor HP LC3 server with 512 Mb of memory and 40 Gb of disk storage to manage and maintain Microsoft exchange which is their primary electronic messaging server. The FLRA also uses a dual processor HP LU II server with 512 Mb of memory and 20 Gb of disk storage for Oracle tools and Oracle applications development. Additional servers include:

- LC2000 server with 512 Mb of memory and 54 Gb of disk storage to manage various network tasks which include address management (MS DHCP), name resolution (MS DNS and WINS), and house backup hardware (HP DAT and DLT devices) and software .

- Two HP E60 servers with 256 Mb of memory and 9 Gb of disk storage–one to manage a modem pool (EQUINOX) with 24 lines–another as a firewall machine that provides a restricted passage way in and out of the network.

- HP E60 with 512 Mb of memory and 9 Gb of disk storage to manage Intranet features using Microsoft's IIS product along with additional functionality to manage website (MS FrontPage extensions) and location of information (MS Site Server)

- HP LC3 server with 256 Mb of memory and 36 Gb of disk storage to run PRISM software, a COTS procurement software using an Oracle 7 database as a back-end.

All servers are configured and maintained by the FLRA Operations team. Fourteen (14) of the servers reside at regional locations; the remainder reside at the FLRA headquarters data center.

The Operations team is currently responsible for data communications and processing within and across the enterprise. The FLRA Administrative Services Division is responsible for voice communications. The physical systems include a wide area data network comprised of 23 HP servers and 250 network devices primarily composed of workstations and printers and managed under the FTS 2001 contract with MCI WorldCom. The network also has separate dedicated access to West Publishing Company Westlaw services and the Department of Interior's National Business Center in Denver, Colorado.

**Regional Operations**

The data communication network extends to seven regional offices, which include San Francisco, Denver, Dallas, Chicago, Atlanta, Washington, DC, and Boston. Each regional office maintains a file and mail server. The following describes the memory and storage capacity for each server:

1. HP LC3 server with 256 Mb of memory and 9 Gb of disk storage each running file and print services within our 7 regional offices.

2. HP E60 servers with 256 Mb of memory and 9 GB of disk storage each running email services within our 7 regional offices.

The file server is also a backup domain controller which provides authentication if the network connection is down to Headquarters.

Each office has approximately 15 employees for a total of about 105 employees. Each office has an office manager responsible for the coordination of many of the business functions including support of the computing and communication infrastructure. Each regional office has a Cisco switch that hubs the local computing equipment connection to a Cisco router that provides connections to a communications hub located at the Headquarters building.

Two of the regional offices maintain satellite offices. The Chicago region sponsors the Cleveland satellite. The San Francisco region sponsors the satellite in Brea, CA. The Cleveland satellite office has a Cisco router that provides connection to the data communication network through the sponsor location. The Brea satellite office has a LinkSys router and accesses the FLRA network through a VPN connection. The VPN connection uses a local software client and an Antigay VPN Concentrator in the headquarters data center. Each satellite office supports two FLRA employees and does not have a local server.

The Cisco switches located in Headquarters and regional/satellite facilities, CISCO 3524XL-PWR, also support the necessary Quality of Service (QOS) for a Voice-Over-IP (VOIP) application. Therefore, the technology to support a VOIP implementation is already in place.

Print jobs in Headquarters and regional offices are sent to shared network printers. A few key personnel maintain their own dedicated printer. Each of three floors in Headquarters has at least one copier/printer capable of high-speed output.

IP-Centrex Based Voice-Over-IP Telephone System

The FLRA is replacing its existing voice telephone system during FY 2003. The system is being replaced at the 1400 K Street headquarters location with an IP-Centrex based Voice-Over-IP telephone system. Within the FLRA headquarters, the system will operate on unshielded twisted-pair (UTP) CAT 5e cable between the telephone set and a CISCO 3524XL-PWR switch. The telephone set is powered by the CISCO switch.

**APPLICATION ENVIRONMENT:**

FLRA case processing applications are currently being designed using an Oracle 8 database and Developer 2000 to develop Oracle Forms v5.0, Oracle Reports v3.0, SQL*Plus, and PL/SQL. The FLRA is planning to upgrade the Oracle 8 database to 8i or 9i and upgrade forms and reports to 6i. The FLRA has recently adopted Oracle's Custom Development Methodology to design and development new applications and modify existing applications. The long-range strategy is to implement the Oracle environment using a web-based architecture.

**Life Cycle Strategy**

All new project plans include five basic phases (initiation, development/acquisition, implementation, operation and disposal). Security and performance measures are being planned for throughout the IT system's life cycle, and enterprise architecture planning and implementation.

**DELIVERABLES**

**Major Tasks**

DKO shall perform system development and maintenance activities during this contract period, as follows:

| 1. Perform Systems Analysis, Design and Development. | Target Date |
|---|---|
| • Assist Database Management Team in documenting all agency-wide Oracle-based data base management systems within Computer-aided engineering tools used by the FLRA. | 05/31/03 |
| • Review system documentation and analyze current application architecture structure to determine design and structural improvements needed to stabilize the application environment. | 09/30/03 |
| • Analyze business, legal, security, and technological considerations required to move from a client server environment to a web-based environment. | 09/30/03 |
| * **Performance Measures:**<br>1.) Changes to application architecture must support FLRA strategic goals and objectives.<br>2) All issues and critical success factors must be documented and agreed upon by stakeholders before changes are made. | |
| • Modify, test and implement database, forms and reports, and procedures affected by design and structural changes. | 09/30/03 |
| * **Performance Measure:**<br>1.) Stakeholders have fully tested and have signed off on final changes.<br>2) All issues and critical success factors have been resolved and incorporated within final design. | |
| • Fully document changes within Computer-aided engineering tools used by the FLRA. | 09/30/03 |
| • Update business models that are affected by changes needed as a result of design and structural changes. | |
| * **Performance Measure:**<br>1.) Models have undergone review and sign off by the CIO to ensure application architecture correctly fits into the agency's enterprise architecture. | |

| 2. Perform Systems Integration. | Target Date |
|---|---|
| • Design and further develop and implement an agency-wide integrated case tracking system based on FLRA strategic plan's goals and objectives. Work with Database Manager, Database Team Member(s) and Integrated Case Tracking Working Group and individual offices and components to identify and assess requirements and to clean up data. | 9/30/03 |
| • Analyze business, legal, security, and technological considerations required to integrate data.<br><br>**<u>Performance Measures:</u>**<br>1.) Integration of data must support FLRA strategic goals and objectives.<br>2) All issues and critical success factors must be documented and agreed upon by stakeholders before data is integrated. | 9/30/03 |
| • Modify, test and implement database, forms and reports, and procedures affected by integration initiatives.<br><br>**<u>Performance Measures:</u>**<br>1.) Stakeholders have fully tested and have signed off on data that is being integrated.<br>2) All issues and critical success factors have been resolved and incorporated within final design. | 9/30/03 |
| • Fully document changes within Computer-aided engineering tools used by the FLRA. | 9/30/03 |
| • Update business models that are affected by changes needed as a result of integration initiatives.<br><br>**<u>Performance Measure:</u>**<br>1.) Models have undergone review and sign off by the CIO to ensure application architecture correctly fits into the agency's enterprise architecture. | 9/30/03 |

GOV-01813A

| 3. Perform Database Administration Services. | Target Date |
|---|---|
| • Assist with unexpected database problems. | 10/30/03 |
| • Install new Oracle versions and patches to server software and application software used within FLRA.<br><br>**<u>Performance Measure:</u>**<br>1.) New Oracle versions and patches are fully documented and tested in test environment before moving to production server.<br>2.) New Oracle versions and patches are fully documented and tested in production environment.<br>3.) Database Manager has reviewed and signed off in test and production environments. | 10/30/03 |
| • Optimize database(s).<br><br>**<u>Performance Measure:</u>**<br>1.) Database optimization has been fully documented and tested and shows significant improvement in performance based on agreed criteria set forth by the Database Manager. | 10/30/03 |
| • Optimize forms, reports and queries.<br><br>**<u>Performance Measure:</u>**<br>1.) Forms, reports and query optimization has been fully documented and tested and shows significant improvement in performance based on agreed criteria set forth by the Database Manager. | 10/30/03 |
| • Set up and configure Oracle test and production server(s).<br><br>**<u>Performance Measures:</u>**<br>1.) New configuration is fully documented and tested in test environment before moving to production server.<br>2.) New configuration is fully documented and tested in production environment.<br>3.) Database Manager has reviewed and signed off in test and production environments. | 10/30/03 |

## LEVEL OF EFFORT

DKO consultant will assist in the requirements analysis, systems design, system development, and documentation for the an Integrated Case Tracking System in a web environment and

other related projects. The integration of new and existing agency-wide software and programs into these systems; as well as ongoing development services (e.g. additional modules, crosswalks, reports, and enhancements) will be completed under this Statement of Work.

This project will be conducted as a standard (Computer-Aided System Engineer) CASE development project. The intent is to create databases that will enforce the appropriate constraints and roles to satisfy necessary data and security requirements and that will be robust enough to be accessed by a variety of front-end tools.

Development services provided under this Statement of Work will take advantage of previous work done on other agency-wide applications to ensure continuity in development efforts as well as to minimize costs.

The FLRA currently supports Oracle v8.x, and Oracle Developer*2000. It is mandatory that any future applications deployed in this environment be fully modeled using standard modeling tools adopted by this agency.

**DKO Database Analyst has demonstrated capability to:**

- review existing agency-wide systems to determine interrelationships,
- model all new systems in standard modeling tools adopted by this agency,
- generate modules and reports using Oracle's Developer*2000 or other standard developing tools adopted by this agency,
- develop client/server and/or web interfaces subject to the current state of FLRA technology,
- document enhancements to the existing production database as deemed appropriate by the FLRA Database Management Team Leader,
- design, build, implement, and test network, database, and application level security,
- design, build, and test database triggers and procedures to implement complex processes,
- provide ongoing developmental services for ( e.g. additional modules, crosswalks, reports, and enhancements),
- integrate new and existing software and programs used agency-wide (e.g.,Case Tracking and word processing software ( Core WordPerfect or Microsoft word)), and
- design, build, implement, and test World Wide Web capabilities.
- update current system documentation to include changes made to system components (e.g, forms, reports, procedures . . . )
- Review the design, development, implementation, and testing of all models and systems with the Database Management Team Leader throughout the life cycle to ensure accuracy and completeness of user requirements.

- Provide presentations to users and management staff and other user-oriented activities to ensure a successful analysis of proposed systems, to further define system requirements and to ensure successful implementation of the new system components;

- Assist in the performance of Oracle 7 and Oracle 8 database management administration activities as required to keep systems development and maintenance activities moving forward. (Until FLRA has fully transition from Oracle 7 and Oracle 8 database to Oracle 8i database).

**DKO Database Analyst has documented expertise in maintaining reports:**

In order to monitor progress, the DKO shall provide reports deliverable on a weekly and monthly basis as follows:

- Weekly Status Reports - stating progress and documenting issues that may affect the timeliness and/or completeness of the project.

- Monthly Report of Hours - Worked on projects by contractor, which provides a written description highlighting the major projects worked on during the month and approximate number of hours spent on the project.

These reports are provided to the IRM Division Database Team leader; Director, IRM Division; COTR; and FLRA Chief Information Officer.

**DKO Technologies Key Personnel**

DKO proposes to employ Linda Lou (see resume) to provide database analyst(s) from the date of award of this contract until project completion. If our database analyst is to be out for more than two weeks at a time, DKO shall supply a replacement. The FLRA shall provide on the job training sufficient to provide the database analysts a familiarity with hardware, software and procedures in use at FLRA. DKO shall provide off-site training at their expense, as necessary, to provide the database analyst updated skills as required to perform the described duties.

DKO database analysts assigned to work on-site shall be present Monday through Friday, 8:00 a.m. to 5:00 p.m., excluding one hour lunch and official government holidays, or a similar, mutually-agreed upon tour of duty, to provide expanded hours of coverage. The database analysts will keep the Contracting Officer's Technical Representative (COTR) or Database Management Team leader advised of changes in whereabouts while on duty. In this respect, database analysts are required to follow established Division policies concerning informing co-

workers of their whereabouts, requesting time away from the office for personal or sick leave purposes, and any related procedures.

**TASK ORDER TYPE**

This statement of work shall result in a labor-hour contract (FAR 16.602). DKO shall fully document the actual hours worked and submit monthly invoices for certification by the contracting officers technical representative. Payment shall be made in accordance with FAR 13.301 and FAR 32.1102 as required by the Prompt Payment Act.

**PERIOD OF PERFORMANCE**

INITIAL TERM: (FY-2003) 04/01/2003-10/30/2003

OPTION TERM I: (FY-2004) 11/01/2003-9/30/2004

OPTION TERM II: (FY-2005) 10/01/2004-9/30/2005

OPTION TERM III: (FY-2006) 10/01/2005-9/30/2006

OPTION TERM IV: (FY-2007) 10/01/2006-9/30/2007

DKO understands that executing an award for the Initial Term does not obligate subsequent Option Terms; however, the contracting officer shall notify DKO not less than 90 days before the end of any period of performance whether the government intends to exercise an option in accordance with FAR 17.207.

**DESIGNATED BASE WORK SITE**

DKO agrees to work at Federal Labor Relations Authority located at1400 K Street, N.W., Washington, D.C. 20005-2403. DKO agrees that occasionally its employees may required to travel to the FLRA Washington, D.C. Regional Office to test the performance of software. FLRA will cover such travel expenses. Specific charges and travel issues will be resolved between the contractor and the Government project manager prior to each trip, as necessary.

**GOVERNMENT-FURNISHED RESOURCES**

The Federal Labor Relations Authority will provide the contractor staff with appropriate work space and access to the required software systems, hardware and office machines.

**SECURITY REQUIREMENTS**

DKO agrees to abide by all Federal Labor Relations Authority security regulations, practices and procedures and will only utilize United States citizens to perform work under this contract. The contractor will provide a background security check on each employee provided to the FLRA COTR. The COTR will interview proposed candidates. Candidates must provide evidence of a proficiency of knowledge, skills and abilities suitable for the identified tasks. FLRA has the right to accept or decline acceptance of any individual being offered.

**GOVERNMENT PROJECT MANAGER**

Eunice D. Kuykendall
Chief Information Officer
Federal Labor Relations Authority
1400 K Street, N.W., 4th Floor
Washington, DC 20424-0001
Email address: ekuykendall@flra.gov

**AWARD CRITERIA**

I. Overall cost of the contract shall provide 25% of the award criteria. Offeror must propose fully burdened rates for each skill category for the initial term ands each option term.

II. Technical experience, professional qualification, relevant education, and recent experience of the personnel assigned to these tasks shall provide 45% of the award criteria. Offeror must provide resume and documentation to support this criteria.

III. Reputation of the company and demonstrated understanding of the mission, organization, goals, business needs of FLRA shall provide the 30% of the award criteria. Offeror must provide a narrative description of its management philosophy and project methodology to demonstrate support for this criteria.

**PROPOSED HOURLY RATES:**

FIRST TERM (FY-2003) 04/01/2003-10/30/2003

Senior Oracle Database Analyst: $ 168.00

SECOND TERM (FY-2004) 11/01/2003-9/30/2004

Senior Oracle Database Analyst: $ 169.00

THIRD TERM (FY-2005) 10/01/2004-9/30/2005

Senior Oracle Database Analyst: $ 170.00

FOURTH TERM (FY-2006) 10/01/2005-9/30/2006

Senior Oracle Database Analyst: $ 171.00

FIFTH TERM (FY-2007) 10/01/2006-9/30/2007

Senior Oracle Database Analyst: $ 172.00

**DKO Technologies is a small-business concern as defined by SBA small-business size standards. The gross revenue of the firm does not exceed $5,000,000.**

# Linda Lou
# Principal Consultant

## Work Experience

Infomax System, Inc., Principal Consultant, 10/99 - present
Oracle Corporation, Principal Consultant, Oracle Government Services, 02/95 - 9/99
TERA Systems, Inc., Task Leader/System Analyst, 01/94 - 02/95
Prince William County Government, Programmer/Analyst, 02/89 - 01/94
Kunnan Enterprises, Inc., Taiwan, R.O.C., Business Assistant, 08/83 - 04/85
American Chamber of Commerce, Taiwan, R.O.C., Secretary, 09/82 - 07/83

## Skill Highlight

**Oracle Products:**
Oracle RDBMS 5.0, 6.0, 7.0, 8.i, Oracle SQL*Forms 2.3, 3.0, 4.0, 4.5, 5.0, Oracle CASE*Dictionary 5.0, Oracle SQL*Report, Oracle SQL*ReportWriter 1.1, SQL*Reports * (V2), Oracle Pro*C, PL/SQL 1.0, 2.0, Oracle SQL*Menu 5.0, Oracle SQL*Loader, Oracle Oraterm, Designer 2000 1.3, 2.1, Developer 2000, Oracle Web Server 2.x, 3.x, 4.x, Oracle Accounts Payable application, Oracle Webdb 2.x, Oracle Jdeveloper 2.0

**Operating Systems:**
HP3000/MPE XL, IBM 3090, IBM 4381 VM/CMS, AT&T 3B2/UNIX, HP VECTRA, IBM PC, IBM PS/2 Amdahl UTS/UNIX, Sun, NT

**Life Cycle Expertise:**
Business Requirements Analysis, Functional and Detail Design, Entity Relationship Modeling, Requirements Mapping and Application Configuration, Interface Development and Data Conversion, Acceptance Testing, Parallel Testing, Production Support, Post Production systems Maintenance, System Testing and Fine Tuning, System and End-User Training, System and End-User Documentation

**Management/Leadership Skills:**
Project Planning; Project Resource Estimating; Project Implementation; Management and Progress Reporting; Project In-process Reviews: Quality Assurance Reviews

**Other Products:**
WordPerfect, Microsoft Word, Lotus 123, Microsoft Excel, GUPTA SQL Windows, Forest and Trees, POWERHOUSE, Reflection, SQL Navigator

## Project Experience

### 7/97 - Present
### FTC

**Consumer Information System**

*The Consumer Information System (CIS) captures consumer complaints and provides canned or custom response letter to consumer.*

Lead a team through the analysis, design and build on a client/server architecture, using MS Windows 3.11, Window NT, Designer 2000 1.3 and Developer 2000 (Forms 4.5 and Reports 2.5). Also generated web pages from Designer 2000 1.3, 6i for Consumer Sentinel web site for external users to input and to query complaint information via web. Upgraded application to Oracle Forms 5.0, Forms 6.i. Implemented Oracle WEBDB 2.2 to allow Consumer Planet Sentinel user to access restricted web pages and is in the process of upgrading to Oracle Portal 3.0.

Implemented complaint input web page in four different language, i.e. English, French, Spanish and German for International Marketing Supervision Network to accept cross boarder complaints.

Identity Theft System
*The Identity Theft System (IDT) captures complaints related to Identity Theft and provided canned response letter to consumer.*
Lead a team through the analysis, design and build on a client/server architecture using Designer 2000 2.1 (Forms 5.0 and Reports 3.0). Utiltized Oracle Head Start utility. Created ID Theft web pages using Designer 2000 PL/SQL web tool kit. Upgraded application to Oracle 6.i.

**3/97 - 6/97**

## EMCR, DARPA

*The Electronic Medical Care Record (EMCR) provides electronic capture and timely retrieval of the medical records of patients in various levels of health care. The EMCR captures information about the patient and documents the medical encounter.*
Upgraded EMCR from version 1 to version 1.1 and modified screen layout to look like tabbed folders, using MS Window 95 and Developer 2000.

## EMCR-LITE, DARPA

*The simplified version of Electronic Medical Care Record (EMCR) which can be used on top of the EMCR database.*
Generated forms and reports using designer 2000. Post-case modification on layout to look like tabbed folders, using MS Window 95 and Developer 2000. Developed scripts to automate client and server installation.

## CDU, DARPA

*The Clinical Data Update (CDU) is an attempt at collecting the clinical trials information electronically for the Cancer Therapy Evaluation Program (CTEP).*
Generated 100 percent case data entry forms, using MS Window 95 and Designer 2000.

**10/96 - 3/97**

## Automated Electronic Records Information and Control System (AERIC), National Archives

*AERIC allows National Archives to systematically validate data files transferred to the National Archives. It also can be a useful tool for reference and preservation of existing accessions.*
Added more functions to AERIC so that it can validate foreign key relationship defined in a data group using Forms 3.0 and Pro*C on an AIX platform.

**03/96 - 09/96**

## Document Tracking System, US Postal Services

*Document Tracking system allows USPS to capture, store, and track forms, directives and other documents.*
Lead a team through the design and build on a client/server architecture, using MS Windows 3.11 and MS Window 95, Developer 2000 (Forms 4.5 and Reports 2.5).

## Performance Operation System, US Postal Services

Audited the database and the application. Upgraded Oracle forms 4.0 application to forms 4.5 and Oracle reports 2.0 to 2.5. Rewrote Oracle reports to utilize stored packages to eliminate the use of temporary tables.

## 02/95 - 03/96

## FTC Distribution System, Federal Trade Commission

*Federal Distribution system allows FTC to collect and distribute documents via e-mail, internet, fax and paper dissemination.*
Lead a team through the strategy, analysis, design and build on a client/server architecture, using MS Windows 3.11, Designer 2000 and Developer 2000 (Forms 4.5).

Converted a COBOL system to an Oracle Forms 3.0 application system.

Migrated applications in CASE 5.0 to CASE 5.1 repository.

## 01/94 - 02/95

## Task Leader/System Analyst, TERA Systems, Inc.

Involved in the design and development of FDIC Administrative Support & Tracking (FAST) system using CASE 5.0, Forms 3.0, Menu 5.0, SQL Loader in Amdahl UTS/UNIX environment. Responsibilities included re-designing history logic, requirement analysis, module design and development, estimating project resource, project progress reporting, project in-process reviews, technical consulting and trouble shooting.

## 02/89 - 01/94

## Programmer/Analyst, Prince William County Government

Worked as a team member on the Financial Programmatic Decision Support System for the County Executive and Board of County Supervisors. Responsibilities included analyzed and designed PROTOTYPE GUI screens and designed data repository in a Client-Server environment. Experience included Forest & Trees, Microsoft view for windows, Microsoft Excel, Microsoft Windows 3.1. Participated in the design and development of the BALANCE project for Social Services to track the Client/Provider information. Responsibilities included designing and developing GUI screens and reports. Experience included GUPTA SQL Windows 3.1, GUPTA Report Windows 1.3, GUPTA SQL*Talk 3.1.2, Microsoft Windows 3.1. Involved in the maintenance of County's Payroll system and Position Control System. Responsibilities included performing user requirement analysis, trouble shooting, developing enhancements. Involved in the migration of an ORACLE application - Applicant Tracking System running on an HP 3000 MPE XL to an AT&T 3B2/UNIX platform. Responsibilities included converting Forms 2.3 programs to Forms 3.0 programs, redesigning and restructuring codes, customizing ORATERM resource file to use the same keyboard mapping, writing shell scripts to perform download from HP to AT&T 3B2, trouble shooting. Worked as a team member on the Software and Hardware Inventory System for Office of Technology and Support Services. Responsibilities included analyzing user requirements, developing relational database design diagram and functional diagrams, implementing and testing the system. Worked as a team member on the CXO Tracking System for the County Executive Office. Responsibilities included designing and developing screens and reports, trouble shooting, technical consulting, developing REFLECTION command files, re-mapping keyboard keys. Involved in the designed and development of the Applicant Tracking system for Personnel Office. Responsibilities included interviewing client personnel, analyzing logical data model and process model, implementing physical database, designing screens and reports, preparing user manual, performing user training, developing REFLECTION command files to download files from HP to PC.

## 8/83 - 04/85

**Business Assistant, Kunnan Enterprise Inc., Taiwan, R.O.C.**
Responsibilities included following up the customers order, such as preparing sales invoices, product specifications, shipping notifications, and handling all correspondence/TELEX communications between the customers and the company.

**9/82 - 7/83**
**Secretary, American Chamber of Commerce, Taiwan, R.O.C.**
Responsibilities included updating the membership roster, handling applications, maintaining members records, and collecting information for a monthly publication 'Opportunities".

## Education

**Master of Science,** University of West Florida, Pensacola, FL, 1988
**Bachelors of Science,** University of West Florida, Pensacola, FL, 1987

## FY 2002 Accomplishments

**Consumer Information Systems, Identity Theft, Consumer Sentinel:**
**Complaint Form Enhancements**
-Designed and implemented the Spanish public complaint web page and added capability for Consumer Response Center to respond in Spanish.

**Data Sharing**
-Developed and implemented reverse crosswalks to send internet related fraud data from FTC to IFCC and Identity Theft data to a new external data recipient, Eastern District of Pennsylvania Identity Theft Task force on a regular basis.

**Security Enhancements**
- Added security to CIS/IDT client server applications so that users can only access data through the CIS and IDT applications and further limited and masked privacy information in the database.
- Designed and implemented individual IDT and CIS screen access control to enable the program manager to control access based on roles and userids.

**CRC support**
- Implemented an automated process to transfer response records from the Aspen Call Center in Indianapolis to Lawson Integration, the response fulfillment organization in Annapolis Junction, Md.
-Redesigned the response generation process to use Oracle reports instead of Word Perfect in CIS and IDT to support new contractor to improve the performance and eliminate the requirement of WordPerfect on client machine.
-Assisted ASPEN in installations of c/s software and BCP applications. Documentation was provided for these tasks.
-Identity Theft a number of tasks to simplify the use of IDT user interface.
- Developed a strategy for implementing alternative Web based data entry form to use for continuity of operations in the event of a disaster or disruption in operation.
-Modified the response module to provide the capability of sending out PDF attachments via email.

**System Upgrades and Maintenance -**
-Upgraded CIS/IDT/CMS forms from 5.0 to 6i and reports from 3.0 to 6i.
-Provided technical support for upgrade of the database from Western European to Unicode character set (UTF8) to prepare for Asian character data from eConsumer complaint forms. Also provided support for upgrades to Application Server 9IAS and Portal which will improve performance and support expansion of usage of Consumer Sentinel.

**Performance Improvements and Optimization:**
- Provide recommendations for improving performance at various layers of the architecture, namely, software, hardware, database, and the CIS/IDT/ Sentinel applications.

# BUSINESS CONSULTANT AGREEMENT

This agreement dated March 12, 2003, is made by and between DKO Technologies Inc. whose principal place of business is located in Alexandria, Virginia, referred to hereafter as "the company", and Linda Lou, referred to as "the consultant."

1. **Consultation Services.** The company hereby employs the consultant to perform professional services in accordance with the terms and conditions set forth in this agreement: The consultant will provide professional and technical advice to the officers and employees of the company and provide direct assistance to the United States of America in accordance with the terms of FLRA Contract 8090-03-001 which is incorporated herein by reference.

2. **Term of Agreement.** This agreement will begin April 1, 2003 and conclude October 31, 2003. Provided, however, the consultant agrees to continue performance during the subsequent term of four (4) option terms specific in if such options are exercised by the United States of America under the terms of FLRA Contract 8090-03-001. Either party may cancel this agreement upon ninety (90) days notice to the other party in writing by certified mail or personal delivery.

3. **Time Devoted by Consultant.** It is anticipated the consultant will spend approximately 1900 hours per year in fulfilling obligations under this contract; however, the actual amount of time may vary from day to day or week to week. The consultant shall be engaged full-time (approximately forty hours per week) in performance of tasks in accordance with this agreement. Consultant shall not be compensated and shall not be expected to perform services on Federal holidays. The consultant may schedule an uncompensated leave of absence not to exceed ten (10) consecutive business days each contract term.

4. **Place Where Services Will Be Rendered.** The consultant will perform most services in accordance with this contract at the headquarters of the Federal Labor Relations Authority, 1400 K Street, NW Washington, DC. In addition the consultant will perform services on the telephone and at such other places designated by the company to perform these services in accordance with this agreement.

5. **Payment to Consultant.** In consideration for services provided the consultant will be paid $130.00 per hour. Work in excess of eight hours per day or forty hours per week shall be compensated at the rate of 1.5 percent. The consultant shall receive increased compensation of 2.5% upon exercise of each option term beginning: January 1, 2004; January 1, 2005; January 1, 2006; and January 1, 2007. The consultant will submit a monthly statement setting forth the time devoted and services rendered, whereupon the company will tender to consultant the agreed monthly payment within ten (10) business days of receipt of such statement.

6. **Independent Contractor.** Both the company and the consultant agree that the consultant will act as an independent contractor in the performance of its duties under this contract. Accordingly, the consultant shall be responsible for payment of all taxes including Federal, State and local taxes arising out of this engagement in accordance with this contract, including but not limited to Federal and State income tax, Social Security tax, Unemployment Insurance taxes, and any other taxes or business license fee as required.

7. **Confidential Information.** The consultant agrees that any information received by the consultant during any furtherance of the consultant's obligations in accordance with this contract, which concerns the personal, financial or other affairs of the company will be treated by the consultant in full confidence and will not be revealed to any other persons, firms or organizations. Such information shall include details of the consultant's hourly rate of compensation or total consideration.

8. **Employment of Others.** The company may from time to time request that the consultant arrange for the services of others. The company will pay all costs to the consultant for those services. In no event, however, shall the consultant employ others without the prior authorization of the company.

9. **Certification.** The consultant hereby certifies that she is a citizen of the United States of America.

10. **Signatures.** The company and the consultant agree to the above contract.

DKO Technologies
Dr. Donald Ourecky. ______________________________
Vice President

Linda Lou ______________________________
Consultant

# Tab 30

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE

PAGE 1 OF PAGES 5

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| 8095-03-001 | 7/15/2003 | 8095-03-075 | Oracle Tasks |

6. ISSUED BY CODE

Federal Labor Relations Authority
1400 K Street NW
Suite 217
Washington DC 20005

7. ADMINISTERED BY (If other than Item 6) CODE

Information Resources Division

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

DKO Technologies
601 Madison Street
Suite 200
Alexandria VA 22314

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICIATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
8095-03-001

10B. DATED (SEE ITEM 11)
04/03/03

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:
(a)By completing items 8 and 15, and returning ______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPIRATION DATA (If required)

54-3-0100-9000-255A

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. FAR 52-243-1 |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☐ is required to sign this document and return ______ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contractor shall provide Oracle Database Administrator to set up Oralce 9i database server and other compnents needed for Windows 2000 environment. Seeattached statement of work.

Consideration: 80 hours x $150.00 = $12,000

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Dr. Donald K. Ourecky | | Gary W. Crawford | |
| 15B. CONTRACTOR/OFFEROR | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA | 16C. DATE SIGNED |
| (Signature of person authorized to sign) | | (Signature of Contracting Officer) | 7/15/03 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

# Federal Labor Relations Authority
## Performance Work Statement
## for
## Database Administration Services

### I. Purpose

The Federal Labor Relations Authority (FLRA) is an independent agency that administers the labor-management relations program for 1.9 million non-Postal Federal employees world-wide, approximately 1.1 million of whom are exclusively represented in 2,200 bargaining units. It is charged with providing leadership in establishing policies and guidance related to Federal sector labor-management relations and with resolving disputes under and ensuring compliance with the Federal Service Labor-Management Relations Statute.

This Performance Work Statement (PWS) describes the requirements of this modification to FLRA Contract Number 8095-03-001, dated April 4, 2003, as modified. Complex database administration tasks will be performed to ensure that FLRA's application architecture will be compatible with the proposed Windows 2000 architecture over the FLRA frame-relay Wide Area Network (WAN) which is scheduled for deployment in 2003.

### II. Background

Application Environment

The current application environment consists of agency-wide case processing applications being designed using an Oracle 8 database and Developer 2000 to develop Oracle Forms v5.0, Oracle Reports v3.0, SQL*Plus, and PL/SQL. The FLRA is moving from an Oracle 8 database environment to a 9i database environment. All of FLRA's forms and reports have been recompiled in 6i and will be tested within he new Oracle 9i database environment after the 9i database environment has been setup and configured. The long-term strategy is to implement the Oracle environment using a web-base architecture.

Network Environment

Within the next few months, the FLRA will complete its migration to Windows 2000. At that time, FLRA will be running Windows 2000 Server on all agency servers and Windows 2000 Professional on all agency laptops and workstations. Of the five core Compaq/ HP servers, one will be dedicated to network services (Active Directory PDC, DNS, RADIUS, Antivirus, Backups, etc.), two (production environment and test environment) will be dedicated to Oracle, one will be dedicated to Exchange, and one will be dedicated to file and print services. An additional Oracle Internet Application Server (IAS) will be housed within the DMZ to allow

external and internal customers to access Oracle web forms and reports via a secure socket layer (SSL) on the Internet.

During August 2003, the FLRA will be performing network testing, measurement, and analysis to quantify the bandwidth required to support the proposed Windows 2000 architecture over the FLRA frame-relay Wide Area Network (WAN). Before the bandwidth testing can proceed, the Oracle DBA will need to configure the new Oracle servers. This will ensure that the test results reflect the new environment rather than the current environment, which is based upon outdated hardware and software.

Depending upon the results of bandwidth testing, additional servers may be utilized within each office for Active Directory authentication, DNS, DHCP, and file and print services. To support the Windows 2000 operating environment, the network has been built around Cisco equipment and utilizes layer-2 switches, layer-3 switches, routers, and a PIX VPN firewall appliance.

Currently, FLRA has approximately 100 employees at its headquarters office in Washington, D.C., and 125 employees at seven regional offices. FLRA regional offices are connected to the headquarters office through frame-relay links; and offsite employees are supported through VPN and RAS (dial up) connections.

## III. Required Services

The Contractor shall set up, configure and test an Oracle 9i database environment. The Contractor will provide a Senior Oracle Database Administrator that has extensive skills and experience in setting up, configuring and testing an Oracle 9i database environment to ensure the timeliness and quality of the services being rendered will meet the FLRA goals to complete this task within two weeks.

## IV. Deliverables

The Contractor shall perform the database administration services as described within this Performance Work Statement. Additionally, the contractor shall provide detail documentation on how the 9i database was set up and configured.

## V. Performance Measures

- 9i database is fully optimized to work efficiently within a Windows 2000 Operating environment to meet agency-wide goals and objectives.

- Oracle production server setup and configuration has been documented at a level of detail that is acceptable to FLRA to facilitate disaster recovery needs.

- 6i forms and reports have been fully tested within the 9i database environment.
- Security controls and access controls have been setup and tested within the new 9i database environment.

### VI. Government Furnished Resources

The Federal Labor Relations Authority will provide the Contractor with appropriate work space and access to the required software systems, hardware and office machines

The Government will provide the following items in support of this task:

- Hardware configured with Windows 2000 Operating environment to setup, configure, and test a 9i database.
- 9i database software to load onto Oracle production and test servers.

### VII. Task Order Type

This modification shall be performed in consideration of the firm fixed price $12,000. Contractor will be required to sign in and out daily whenever work is performed at the designated base work site. Payment shall made upon completion of all work and submission and approval of a proper invoice.

### VIII. Period of Performance

Work under this modification shall commence August 4, 2003 and be completed no later than August 15, 2003, unless extended as provided and the contract..

### IX. Designated Base Work Site

The designated base work site is the Federal Labor Relations Authority located at 1400 K Street, N.W., Washington, D.C. 20005-2418. Contractor may o be required to travel to the FLRA Washington, D.C. Regional Office to test the performance of the database and software. If the Database Administrator will be required to travel, the contractor shall cover travel expenses and bill those expenses to the FLRA. Specific charges and travel issues will be resolved between the contractor and the Contracting Officer's Representative manager prior to each trip, as necessary.

### X. Security Requirements

Contractor will abide by all Federal Labor Relations Authority security regulations, practices and procedures. Contractor shall provide a background security check on the employee and provide

to the FLRA Security Officer prior to any work being conducted on site. Candidates must provide evidence of proficiency of knowledge, skills and abilities suitable to perform the for the identified goals.

**Contracting Officer's Representative**

The Contracting Officer's Representative is:

Eunice Kuykendall
Chief Information Officer
Federal Labor Relations Authority
1400 K Street, N.W.
Washington, DC 20005-2418
Telephone: (202) 218-7980

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 2 PAGES

IMPORTANT : Mark all packages and papers with contract and/or order numbers.

1. DATE OF ORDER: 10/20/2003

2. CONTRACT NO. (If any):

3. ORDER NO.: 8095-04-018

4. REQUISITION/REFERENCE NO.:

5. ISSUING OFFICE (Address correspondence to)
Federal Labor Relations Authority
Administrative Services Division
1400 K Street NW
Suite 200
Washington DC 20424

6. SHIP TO: (Consignee and address, ZIP Code)
Information Resources Mgmt Div
1400 K Street NW
Washington DC 20424 USA

7. TO : CONTRACTOR (Name, address and ZIP Code)
DKO Technologies
Attn: Dr. Donald K. Ourecky
601 Madison Street, Suite 200
Alexandria VA 22314

8. TYPE OF ORDER

☑ A. PURCHASE - Reference your

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheets, if any, including delivery as indicated. This purchase is negotiated under authority of :

☐ B. DELIVERY

Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA: 9000-255A

10. REQUISITIONING OFFICE:

11. BUSINESS CLASSIFICATION: ☐ SMALL ☐ OTHER THAN SMALL ☐ DISADVANTAGED ☐ WOMEN-OWNED

12. F.O.B. POINT: Destination

13. PLACE OF INSPECTION AND ACCEPTANCE: Destination

14. GOVERNMENT B/L NO.:

15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date):

16. DISCOUNT TERMS: Net 30

17. SCHEDULE (See reverse for Rejections)

| ITEM NO. (a) | SUPPLIES OR SERVICES (b) | QUANTITY ORDERED (c) | UNIT (d) | UNIT PRICE (e) | AMOUNT (f) | QUANTITY ACCEPTED (g) |
|---|---|---|---|---|---|---|
| | Period of Performance: 11/03/2003 to 01/30/2004 | | | | | |
| 0001 | Extend on-site database analyst services to perform Oracle system development and maintenance activities as outlined in Contract 8095-03-001.<br><br>Services extended to cover the period of November 3, 2003 through January 30, 2004<br><br>Total amount of award: $87,360.00. The Continued ... | 3.00 | MO | 29,120.00 | 87,360.00 | |

SEE BILLING INSTRUCTIONS ON REVERSE

18. SHIPPING POINT:

19. GROSS SHIPPING WEIGHT:

20. INVOICE NO.:

17(h). TOT (Cont pages): $0.00

21. MAIL INVOICE TO : (Include ZIP Code)
Federal Labor Relations Authority
Attn: BFD
1400 K Street, NW, Suite 400
Washington DC 20005

17(i) GRAND TOTAL: $87,360.00

22. UNITED STATES OF AMERICA
BY (Signature) [signature]

23. NAME (Typed): Stephen Smith
TITLE : CONTRACTING/ORDERING OFFICER

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF PAGES 1

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| 002 | 01/30/2004 | 8095-04-29 | |

6. ISSUED BY CODE

FLRA - Contracting Officer
1400 K Street, NW
Suite 217
Washington, DC 20005

7. ADMINISTERED BY (If other than Item 6) CODE

IRMD-FLRA

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

DKO Technologies
601 Madison Street
Suite 200
Alexanddria, VA 22314

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICIATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO. 809503-001

10B. DATED (SEE ITEM 11) 4/3/2003

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods: (a)By completing items 8 and 15, and returning _______ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPIRATION DATA (If required)

54-4-0100-9000-255B

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| x | D. OTHER (Specify type of modification and authority) FAR 52.217-8 Option to Extend Services |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Services under this contract are extended to April 30, 2004.

Per hour rate $168.00 not to exceed $80,000.00

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| Donald K. Ourecky, Principal | | Gary W. Crawford | |
| 15B. CONTRACTOR/OFFEROR (Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA [signature] (Signature of Contracting Officer) | 16C. DATE SIGNED 1/30/2004 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

✓

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | | |
|---|---|---|---|---|
| 1. CONTRACT ID CODE | | | PAGE 1 | OF PAGES 1 |
| 2. AMENDMENT/MODIFICAITON NO. 003 | 3. EFFECTIVE DATE 12/03/03 | 4. REQUISITION/PURCHASE REQ. NO. 8095-04-022 | 5. PROJECT NO. (If applicble) Oralce tasks | |
| 6. ISSUED BY CODE | | 7. ADMINISTERED BY (If other than Item 6) CODE | | |
| FLRA - Contracting Officer<br>1400 K Street, Suite 217<br>Washington, DC 20005 | | FLRA - CIO<br>1400 K Street NW<br>Washington DC 20005 | | |

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

DKO Tech 601 Madsion St. Suite 200 Alexandria VA 22314

Attention: Dr. Donlad Ourecky

CODE | FACILITY CODE

(X) | 9A. AMENDMENT OF SOLICIATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO. 8095-03-001

10B. DATED (SEE ITEM 11) 04/03/03

Availability of Funds (April 1984)
FAR 52.232-18

Funds for fiscal year 2004 are not presently available for this contract. The Government's obligation under this contract is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government may arise until funds are made available to the contracting officer.

MENDMENTS OF SOLICITATIONS

specified for receipt of Offers ☐ is extended, ☐ is not extended.

ıe solicitation or as amended, by one of the following methods:

/ acknowledging receipt of this amendment on each copy of the offer submitted;

ment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE IFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment etter, provided each telegram or letter makes reference to the solicitation and this

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A.<br>FAR 52-243-01 |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| | D. OTHER (Specify type of modification and authority) |

E. IMPORTANT: Contractor ☐ is not, ☒ is required to sign this document and return 1 copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Contractor shall provide Oracle Database Administrator to install, configure, and test 9iAS Internal Intranet Application Server to include 9iAS installation documentation for future disaster recovery.

Consideration 80 hours @ $150.00 = $12,000.00

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER (Type or print)<br>Donald K. Ourecky | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Gary W. Crawford | |
| 15B. CONTRACTOR/OFFEROR<br>[signature]<br>(Signature of person authorized to sign) | 15C. DATE SIGNED<br>12/03/03 | 16B. UNITED STATES OF AMERICA<br>[signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>12/03/03 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE 1 OF PAGES 1 |
|---|---|

| 2. AMENDMENT/MODIFICAITON NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicble) |
|---|---|---|---|
| 004 | 02/01/2004 | | |

6. ISSUED BY CODE

FLRA Contracting Officer
1400 K St NW Suite 217
Washington DC 20005

7. ADMINISTERED BY (If other than Item 6) CODE

8. NAME AND ADDRESS OF CONTRACTOR (No., street, county, State and ZIP Code)

DKO Technologies
601 Madison Street
Alex VA 22314

CODE | FACILITY CODE

(X) 9A. AMENDMENT OF SOLICIATION NO.

9B. DATED (SEE ITEM 11)

10A. MODIFICATION OF CONTRACT/ORDER NO.
8095-03-001

10B. DATED (SEE ITEM 11)
4/3/2003

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offers ☐ is extended, ☐ is not extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a)By completing items 8 and 15, and returning ________ copies of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATE SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment your desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and date specified.

12. ACCOUNTING AND APPROPIRATION DATA (If required)

54-4-0100-9000-255B

## 13. THIS ITEM ONLY APPLIES TO MODIFICATION OF CONTRACTS/ORDERS. IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| CHECK ONE | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| x | D. OTHER (Specify type of modification and authority)<br>Mutual agreement of the parties. |

E. IMPORTANT: Contractor ☒ is not, ☐ is required to sign this document and return ________ copies to the issuing office.

14. DESCRIPTION OF AMENDMENT/MODIFICATION (Organized by UCF section headings, including solicitation/contract subject matter where feasible.)

Payment terms hereby modified: 1.25% 20 days
Net 30
EFT Only

SSN 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

Bank 056001118
Acct 07153465

Except as provided herein, all terms and conditions of the document referenced in Item 9A or 10A, as heretofore changed, remains unchanged and in full force and effect.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print)<br>Gary W. Crawford | |
|---|---|---|---|
| 15B. CONTRACTOR/OFFEROR<br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>[signature]<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>02/01/04 |

NSN 7540-01-152-8070
Previous edition unusable

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA FAR (48 CFR) 53.243