# In the United States Court of Federal Claims

No. 05-575C

(Filed: July 31, 2006)

```
**************************************** *
                                         *
PHILIP LAVEZZO,                          *
d/b/a DKO TECHNOLOGIES,                  *
                                         *
                       Plaintiff,        *
                                         *
 v.                                      *
                                         *
THE UNITED STATES,                       *
                                         *
                       Defendant.        *
                                         *
**************************************** *
```

ORDER

On July 20, 2006, Defendant filed an unopposed Motion for Leave to File Joint Appendix. The Joint Appendix would contain "certain documents referenced in the joint stipulations." Accordingly, and for good cause shown, the motion is hereby GRANTED and the parties may file a Joint Appendix with the Court.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge