IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PHILLIP J. LAVEZZO<br>d/b/a DKO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-575C<br>(Judge Wheeler) |

**PLAINTIFF'S *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME TO FILE OPPOSITION, CROSS-MOTION, AND RELATED DOCUMENTS**

Plaintiff Phillip J. Lavezzo d/b/a/ DKO Technologies, by his undersigned counsel, and pursuant to RCFC 6(b) and 6.1, hereby submits this *Unopposed* Motion for Enlargement of Time to File Opposition, Cross-Motion, and Related Documents, and respectfully requests that this honorable Court grant Plaintiff a one day enlargement of time to and including August 8, 2006, within which to file Plaintiff's Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, Plaintiff's Appendix in support thereof, and Plaintiff's Response to Defendant's Proposed Findings of Uncontroverted Fact. This is Plaintiff's first request for an enlargement of time for this purpose.

The enlargement is requested because Plaintiff has been unable to file his documents through the Court's electronic filing system. Specifically, Plaintiff's counsel attempted to file Plaintiff's opposition brief and cross-motion and related documents on August 7, 2006, as required by the Court's June 13, 2006 Scheduling Order. Upon doing so, however, Plaintiff's counsel discovered that he had lost his password for the electronic filing system. Plaintiff's counsel was unable to obtain a new password until today, August 8, 2006. Plaintiff's counsel

has now obtained a new password and gained access to the electronic filing system, permitting him to file Plaintiff's documents. This same reason prevented Plaintiff from filing this motion for enlargement prior to the expiration of the originally scheduled period.

WHEREFORE, Plaintiff respectfully requests that this honorable Court enlarge the time for Plaintiff to file Plaintiff's Opposition to Defendant's Motion to Dismiss or in the Alternative for Summary Judgment, Plaintiff's Appendix in support thereof, and Plaintiff's Response to Defendant's Proposed Findings of Uncontroverted Fact by one day, to and including August 8, 2006.

Respectfully submitted,

_____/s/ David M. Knasel_____

David M. Knasel, Esq.
Clark & Collins, P.C.
Market Station
108-E South Street, S.E.
Leesburg, Virginia 20175
Telephone: (703) 443-1083
Facsimile: (703) 443-1081

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of August, 2006, a true and correct copy of the foregoing was filed electronically through the U.S. Court of Federal Claims Case Management - Electronic Case Files system. I understand that notice of this filing will be sent to all parties/counsel of record by the Court's electronic filing system and that they may access this filing through that system.

_____/s/ David M. Knasel_____