# In the United States Court of Federal Claims

No. 05-575C

(Filed: August 8, 2006)

*************************************** *
*
PHILIP LAVEZZO, *
d/b/a DKO TECHNOLOGIES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
*************************************** *

ORDER

On August 8, 2006, Plaintiff filed an unopposed Motion for Extension of Time. Plaintiff's counsel states that he was unable to file his documents through the Court's electronic system because he had misplaced his password. Accordingly, and for good cause shown, the one-day enlargement to file the Response to Motion for Summary Judgment and Response to Proposed Findings of Fact is hereby GRANTED.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge