IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| PHILLIP J. LAVEZZO<br>d/b/a DKO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | No. 05-575C<br>(Judge Wheeler) |

**NOTICE OF CHANGE OF FIRM NAME**

PLEASE TAKE NOTICE that the firm name of Plaintiff's counsel (formerly, Clark & Collins, P.C.) has changed and is now **Clark & Associates Attorneys at Law, P.C.** Plaintiff's counsel's address and telephone and facsimile numbers remain the same.

Respectfully submitted,

/s/ David M. Knasel

David M. Knasel, Esq.
Clark & Associates Attorneys at Law, P.C.
Market Station
108-E South Street, S.E.
Leesburg, Virginia 20175
Telephone: (703) 443-1083
Facsimile: (703) 443-1081

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September, 2006, a true and correct copy of the foregoing was filed electronically through the U.S. Court of Federal Claims Case Management - Electronic Case Files system. I understand that notice of this filing will be sent to all parties/counsel of record by the Court's electronic filing system and that they may access this filing through that system.

_____/s/ David M. Knasel_____