IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DONALD K. OURECKY<br>dba DKO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-575C<br>(Judge Wheeler) |

**PLAINTIFF'S MOTION FOR LEAVE TO SUBSITUTE COUNSEL**
**AND AFFIDAVIT OF APPOINTMENT**

Plaintiff, pursuant to RCFC 83.1(c)(4), hereby submits this Motion for Leave to Substitute Counsel, and respectfully requests that this honorable Court grant leave for David M. Knasel of Dominion Business Law PLC to appear as attorney of record for Plaintiff in this case. In support thereof, Plaintiff further states as follows:

1. On January 17, 2006, David M. Knasel of Clark & Associates Attorneys at Law, P.C. was substituted as attorney of record for Plaintiff in this case. Mr. Knasel has established a new law practice known as Dominion Business Law PLC.

2. Plaintiff wishes Mr. Knasel to continue as attorney of record for Plaintiff in this case, under his new practice.

3. Pursuant to RCFC 83.1(c)(4), "[a] party other than the United States may by leave of court on motion change the party's attorney at any time."

WHEREFORE, Plaintiff respectfully requests that this honorable Court grant leave for David M. Knasel of Dominion Business Law PLC to appear as attorney of record for Plaintiff in this case.

Respectfully submitted,

/s/ David M. Knasel
David M. Knasel, Esq.
Dominion Business Law PLC
8280 Greensboro Drive
Suite 601
McLean, Virginia 22102
Telephone: (703) 918-9301
Facsimile: (703) 738-7268

Counsel for Plaintiff

/s/ David M. Knasel
David M. Knasel, Esq.
Clark & Knasel, P.C.
Market Station
108-E South Street, S.E.
Leesburg, Virginia 20175
Telephone: (703) 443-1083
Facsimile: (703) 443-1081

January 4, 2007

**AFFIDAVIT OF APPOINTMENT**

Pursuant to 28 U.S.C. § 1746, I, David M. Knasel, state as follows:

1. I am an attorney admitted to practice in the United States Court of Federal Claims.

2. I have been retained and appointed by Plaintiff to represent Plaintiff in the above-captioned case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 4, 2007.

/s/ David M. Knasel
David M. Knasel

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of January, 2007, a true and correct copy of the foregoing was filed electronically through the U.S. Court of Federal Claims Case Management - Electronic Case Files system. I understand that notice of this filing will be sent to all parties/counsel of record by the Court's electronic filing system and that they may access this filing through that system.

/s/ David M. Knasel