IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PHILLIP J. LAVEZZO<br>d/b/a DKO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 05-575C<br>(Judge Wheeler) |

**JOINT MOTION FOR ENLARGEMENT OF TIME**

Pursuant to RCFC 6(b) and 6.1, the parties respectfully submit this Joint Motion for Enlargement of Time and request a 39-day enlargement of time to comply with the Court's December 7, 2006 Order and Opinion, requiring that the Federal Labor Relations Authority ("FLRA") appoint a new contracting officer and issue a new decision upon plaintiff's claims within 60 days. This is the parties' first request for an enlargement of time for this purpose.

The enlargement is requested because the parties believe that it would be beneficial for plaintiff to have the opportunity to submit supplemental information and argument to the new contracting officer prior to the issuance of a contracting officer's final decision upon plaintiff's claims. The parties believe that such a procedure will assist both the contracting officer and this Court in resolving plaintiff's claims, by clarifying the issues and providing additional information for the contracting officer to consider. By making this motion, neither party concedes that the Court's December 7, 2006 Order and Opinion was correct or waives any objection thereto.

Accordingly, the parties respectfully request that this honorable Court enlarge the time to comply with the Court's December 7, 2006 Order and Opinion and establish the following schedule:

1. Plaintiff may submit supplemental information and argument to the new contracting officer on or before January 16, 2007. Plaintiff may not raise a new claim which "does not arise from the same set of operative facts" as the previously submitted claim, but may submit "additional evidence pertaining to damages to support the same factual claim" and argument that "augments the legal theories" underlying the previously submitted claim. Lockheed Martin Corp. v. United States, 70 Fed. Cl. 745, 756 (2006). Plaintiff shall have the option of submitting claim information directly to the new contracting officer, with a copy provided to defendant's counsel. By making such a submission, plaintiff shall not be deemed to concede that the Court's December 7, 2006 Order and Opinion (including the remand to a new contracting officer) was correct or to waive any objection thereto.

2. The time for the new contracting officer to issue a decision in compliance with the Court's order is extended until March 16, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ David M. Knasel
DAVID M. KNASEL
DOMINION BUSINESS LAW PLC
8280 Greensboro Drive
Suite 601
McLean, Virginia 22102
Telephone: (703) 918-9301
Facsimile: (703) 738-7268

Attorney for Plaintiff
January 10, 2007

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 307-0139
Facsimile: (202) 514-8624

Attorneys for Defendant
January 10, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of January, 2007, a true and correct copy of the foregoing was filed electronically through the U.S. Court of Federal Claims Case Management - Electronic Case Files system. I understand that notice of this filing will be sent to all parties/counsel of record by the Court's electronic filing system and that they may access this filing through that system.

s/David D'Alessandris