# In the United States Court of Federal Claims

No. 05-575C
(Filed: January 11, 2007)

******************************************** *
*
PHILLIP J. LAVEZZO *
d/b/a DKO TECHNOLOGIES, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
******************************************** *

On January 10, 2007 the parties filed a Joint Motion for Enlargement of Time, requesting an additional 39 days to comply with the Court's December 7, 2006 Opinion and Order. In that Opinion and Order, the Court instructed the Federal Labor Relations Authority to appoint a new contracting officer and issue a final decision on Plaintiff's claims within 60 days. The parties now seek additional time to allow Plaintiff to submit supplemental information to the contracting officer in support of the claims.

For good cause shown, the motion is hereby GRANTED. The parties shall proceed according to the following schedule:

1. Plaintiff shall submit all supplemental information and arguments to the new contracting officer on or before January 16, 2007.

2. The contracting officer shall issue a final decision on or before March 16, 2007.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge