# In the United States Court of Federal Claims

No. 05-575C
(Filed: March 15, 2007)

```
******************************************  *
                                            *
PHILLIP J. LAVEZZO                          *
d/b/a DKO TECHNOLOGIES,                     *
                                            *
                    Plaintiff,              *
                                            *
v.                                          *
                                            *
THE UNITED STATES,                          *
                                            *
                    Defendant.              *
                                            *
******************************************  *
```

**ORDER**

On March 15, 2007 the parties filed a joint motion requesting a 31-day extension to comply with the Court's December 7, 2006 Opinion and Order. The parties seek additional time to negotiate terms for a possible settlement.

For good cause shown, the motion is hereby GRANTED. The parties may have until April 16, 2007 to reach a negotiated settlement, or for the GSA contracting officer to issue a final decision.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge