IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PHILLIP J. LAVEZZO<br>d/b/a DKO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-575C<br>(Judge Wheeler) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests that all deadlines in this case be enlarged for 60 days to allow the parties to execute a mutually acceptable settlement agreement, and to allow the Government to make payment to plaintiff pursuant to the terms of such agreement. This is our second request for an enlargement of time for this purpose. On April 13, 2007, the undersigned counsel of record consulted with David M. Knasel, counsel for plaintiff, who consents to this motion. Mr. Lavezzo has submitted a written settlement offer to the United States. On April 13, 2007, Mr. Lavezzo's settlement offer was accepted by the designated representative of the Attorney General. The undersigned attorney of record expects to provide a draft settlement agreement to plaintiffs counsel in the next few days.

Accordingly, defendant respectfully requests that all deadlines in this case be enlarged by 60 days to allow the parties to negotiate the terms of a mutually acceptable settlement agreement, and for the Government to make payment pursuant to the terms of that agreement. The parties propose that if they are unable to file a joint stipulation of dismissal on or before June 15, 2007, that they file a joint status report detailing the status of the settlement negotiations.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 307-0139
Facsimile: (202) 514-8624

April 16, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April, 2007, a true and correct copy of the foregoing was filed electronically through the U.S. Court of Federal Claims Case Management - Electronic Case Files system. I understand that notice of this filing will be sent to all parties/counsel of record by the Court's electronic filing system and that they may access this filing through that system.

s/David D'Alessandris