# In the United States Court of Federal Claims

No. 05-575C

(Filed: April 20, 2007)

| | |
|---|---|
| ****************************************** | * |
| | * |
| PHILLIP J. LAVEZZO<br>d/b/a DKO TECHNOLOGIES, | * |
| Plaintiff, | * |
| v. | * |
| THE UNITED STATES, | * |
| Defendant. | * |
| ****************************************** | * |

**ORDER**

On April 16, 2007, Defendant filed an unopposed motion for an enlargement of time requesting a 60-day extension to comply with the Court's December 7, 2006 Opinion and Order. Defendant seeks additional time to finalize a settlement agreement with Plaintiff.

For good cause shown, the motion is hereby GRANTED. The parties may have until June 15, 2007 to conclude their settlement agreement. The parties are encouraged to resolve this matter within this extended 60-day period so that it may be removed from the Court's docket.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge