IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PHILLIP J. LAVEZZO<br>d/b/a DKO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-575C<br>(Judge Wheeler) |

**DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant respectfully requests that all deadlines in this case be enlarged for 21 days to allow the Government to make payment to plaintiff pursuant to the terms of the settlement agreement executed by the parties on April 18 and April 19, 2007. This is our third request for an enlargement of time for this purpose. On June 13, 2007, the undersigned counsel of record consulted with David M. Knasel, counsel for plaintiff, who consents to this motion.

As noted above, the parties were able to agree upon the terms of a settlement agreement, and executed that agreement on April 18 and April 19, 2007. Defendant submitted the settlement agreement, and other necessary documents to the Judgment Fund in a timely manner. However, due to a backlog at the Judgement Fund, the United States has not yet made payment to Mr. Lavezzo. It is our understanding that the Judgement Fund is currently processing the request for payment, and that payment should be made in short order.

Accordingly, defendant respectfully requests that all deadlines in this case be enlarged by 21 days to allow the Government to make payment pursuant to the terms of the settlement agreement, and to allow the parties to file a joint stipulation of dismissal on or before July 6, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 307-0139
Facsimile: (202) 514-8624

June 14, 2007

Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of June, 2007, a true and correct copy of the foregoing was filed electronically through the U.S. Court of Federal Claims Case Management - Electronic Case Files system. I understand that notice of this filing will be sent to all parties/counsel of record by the Court's electronic filing system and that they may access this filing through that system.

s/David D'Alessandris