# In the United States Court of Federal Claims

No. 05-575C

(Filed: June 15, 2007)

PHILLIP J. LAVEZZO
d/b/a DKO TECHNOLOGIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On June 14, 2007, Defendant filed an unopposed motion for a 21-day enlargement of time, to and including July 6, 2007, within which to make payment pursuant to the terms of a settlement agreement, and to allow the parties to file a joint stipulation of dismissal. For good cause shown, Defendant's motion is GRANTED. The parties may have until July 6, 2007 to make payment under the settlement agreement, and to file a joint stipulation of dismissal.

IT IS SO ORDERED.

s/Thomas C. Wheeler
THOMAS C. WHEELER
Judge