IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PHILLIP J. LAVEZZO<br>d/b/a DKO TECHNOLOGIES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | No. 05-575C<br>(Judge Wheeler) |

STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Rules of the United States Court of Federal Claims, the parties have agreed and hereby stipulate that this action, including all claims and counterclaims, is dismissed with prejudice, with each party to bear its own costs and attorney fees.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ David M. Knasel
DAVID M. KNASEL
DOMINION BUSINESS LAW PLC
8280 Greensboro Drive
Suite 601
McLean, Virginia 22102
Telephone: (703) 918-9301
Facsimile: (703) 738-7268

Attorney for Plaintiff
June 25, 2007

s/ David D'Alessandris
DAVID D'ALESSANDRIS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530
Telephone: (202) 307-0139
Facsimile: (202) 514-8624

Attorneys for Defendant
June 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June, 2007, a true and correct copy of the foregoing was filed electronically through the U.S. Court of Federal Claims Case Management - Electronic Case Files system. I understand that notice of this filing will be sent to all parties/counsel of record by the Court's electronic filing system and that they may access this filing through that system.

s/David D'Alessandris